# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| United States of America, | ) | |
| --- | --- | --- |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 1:13-cr-204 |
| Milton Davis, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is a Stipulation for Substitution of Counsel filed by defendant and counsel on December 13, 2013. The court **ADOPTS** the stipulation (Docket No. 19). As attorney Tyrone Turner has been retained by defendant, he shall be substituted as defense counsel of record. Assistant Federal Public Defender Heather Mitchell is **GRANTED** leave to withdraw as counsel.

**IT IS SO ORDERED.**

Dated this 19th day of December, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge